UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OBIE L. CRISP, III,<br><br>   Plaintiff,<br><br> v.<br><br>BRIAN DUFFY, et al.,<br><br>   Defendants. | No. 2:16-cv-0288 DB P<br><br><br>ORDER |

Plaintiff is a former state prisoner proceeding pro se with a civil rights action under 42 U.S.C. § 1983. Plaintiff seeks leave to proceed in forma pauperis ("IFP") in this case.

While he was incarcerated, plaintiff submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). However, plaintiff's change of address filed on June 5, 2017 indicates that plaintiff is no longer incarcerated. If plaintiff still wishes to proceed IFP, he must submit an updated application under § 1915(a)(1). See DeBlasio v. Gilmore, 315 F.3d 396, 398 (4th Cir. 2003); Adler v. Gonzalez, No. 1:11-cv-1915-LJO-MJS (PC), 2015 WL 4041772, at *2 (E.D. Cal. July 1, 2015), report and reco. adopted, 2015 WL 4668668 (E.D. Cal. Aug. 6, 2015).

Accordingly, IT IS HEREBY ORDERED as follows:

1. Within 30 days of the date of this order, plaintiff shall either
    a. Submit an updated application to proceed IFP in accordance with 28 U.S.C. 1915(a)(1); or

1

        b.  Pay the $400 filing fee in full.

2. Failure to submit an updated application or pay the filing fee will result in dismissal of this action without prejudice for failure to prosecute and failure to obey a court order.

Dated: June 19, 2017

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-civil rights/cris0288.ifp update