UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OBIE L. CRISP, III,<br><br>        Plaintiff,<br><br>   v.<br><br>BRIAN DUFFY, et al.,<br><br>        Defendants. | No. 2:16-cv-0288 DB P<br><br><br>ORDER |

Plaintiff has requested an extension of time to file an amended complaint pursuant to the court's order of August 2, 2017. The court finds plaintiff has shown good cause for a sixty-day extension of time. Accordingly, IT IS HEREBY ORDERED that:

    1. Plaintiff's motion for an extension of time (ECF No. 17) is granted in part; and

    2. Plaintiff is granted <u>sixty</u> days from the date of this order in which to file an amended complaint.

DATED: August 28, 2017

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-civil rights/cris0288.36amc